ACCEPTED
12-14-00324-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/8/2015 1:41:21 PM
CATHY LUSK
CLERK

# District Attorney



**Charles J. Breaux, Jr.**
**Andrew C. Weber**
Assistant District Attorneys

**Randy Hatch**
Investigator

**Lois Garner**
Office Administrator

**Shasta Bailes**
Legal Secretary

**Holly George**
Victim Coordinator

**Jessica Payne**
Discovery Clerk

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/8/2015 1:41:21 PM
CATHY S. LUSK
Clerk

## RACHEL L. PATTON

July 8, 2015

Ms. Cathy S. Lusk
Clerk of the Court
Twelfth District Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

Re:     Jose Julio Sanchez v. The State of Texas, Cause Number 12-14-00324-CR
        Trial Court Number 18472

Dear Ms. Lusk:

The State acknowledges receipt of the brief filed by Appellant's counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967). The brief field by Appellant's counsel presents no claim of error; therefore, the State has no points to which to respond. *See* TEX. R. APP. P. 38.2(a)(2). The State will abstain from filing any further response unless the Court decides that the appeal is not frivolous and orders a response. *See Anders*, 386 U.S. at 744; *Bledsoe v. State,* 178 S.W.3d 824, 827 (Tex. Crim. App. 2005); *High v. State*, 573 S.W.2d 807, 810 (Tex. Crim. App. 1978).

Thank you for your assistance in bringing this matter to the attention of the Court.

Respectfully,

Charles J. Breaux, Jr.
Assistant District Attorney
Cherokee County, Texas

Cc:     Sten M. Langsjoen

135 South Main, First Floor
P.O. Box 450
Rusk, TX 75785

Tel: 903-683-2573
Fax: 903-683-2309